# IN THE UNITED STATES MAGISTRATE COURT
# FOR THE DISTRICT OF MONTANA
# BILLINGS DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br><br>Plaintiff,<br><br>vs.<br><br>**MICHAEL I. SCHWENK,**<br><br>Defendant. | PO-14-5044<br>Violation No. F4451457<br><br>**ORDER TO QUASH WARRANT AND DEEM MATTER FULLY ADJUDICATED** |

Based on motion of the United States and good cause appearing,

IT IS HEREBY ORDERED that the following Violation Notice be deemed fully adjudicated and the warrant issued for said Violation be quashed:

Michael I. Schwenk–Violation Notice F4451457, warrant issued on August 3, 2014.

The Clerk of Court is directed to notify the U.S. Marshals Service of this Order immediately.

DATED this 6th day of February, 2017.

_____
TIMOTHY J. CAVAN
United States Magistrate Judge